UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE FONSECA,

                              Plaintiff,

              -against-

COMMISSIONER CYNTHIA BRANN, *et al.*,

                              Defendants.

20-CV-9398 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

By order dated November 13, 2020, the Court directed Plaintiff, within thirty days, to either submit a completed request to proceed *in forma pauperis* (IFP) application and prisoner authorization or to pay the $400.00 in fees that are required to bring a civil action in this Court.[1] That order specified that failure to comply would result in dismissal of the complaint. On January 5, 2021, the order was returned to the Court with a notation on the envelope indicating that Plaintiff is no longer held at that facility. Plaintiff has not complied with the Court's order, has failed to notify the Court of a change of mailing address, and has not initiated any further contact with the Court, written or otherwise. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

---

[1] On December 1, 2020, the filing fees required to file a federal civil action increased to $402.00 – a $350.00 filing fee plus a $52.00 administrative fee. Because Plaintiff's action was filed prior to December 1, 2020, the increased filing fees do not apply to this action.

*Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  January 12, 2021
        New York, New York

_____
        COLLEEN McMAHON
   Chief United States District Judge